# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| ALEXANDER DURFEY, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cv-03136-GMN-VCF |
| DOUGLAS HERNDON, | **ORDER** |
| Defendant. | |

Before the Court is *Alexander Durfey v. Douglas Herndon,* case number 2:17-03136-GMN-VCF. Plaintiff submitted a complaint to the court on December 29, 2017. (ECF No. 1). Plaintiff was ordered to pay the filing fee or in the alternative submit an application to proceed *in forma pauperis* by July 12, 2019. (ECF No. 3).

To date, Durfey has not filed an application to proceed *in forma pauperis* or pay the filing fee. It appears that Durfey has abandoned this litigation. A complaint has not been lodged in this matter since the filing fee was not paid.

Accordingly,

IT IS HEREBY ORDERED that Clerk of Court administratively close this case.

DATED this 15th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE